# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05cr103

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TORIA DOUGLAS (5) ) | |

**THIS MATTER** is before the Court upon motion of the defendant to join in co-defendant Jermal Daniels's motion to suppress. (Doc. No. 71). The time has passed for the government or Daniels to oppose the motion.

The Court finds that it is in the interests of judicial economy to resolve like claims in the same hearing. Additionally, it does not appear that Daniels or the government will be prejudiced by the joinder of Douglas in the motion.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**. The hearing on Daniels's motion is scheduled for October 13, 2005, at 1 p.m.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to co-defendant Daniels, counsel for co-defendant Daniels, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: September 27, 2005**

Robert J. Conrad, Jr.
United States District Judge